UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY A. HART,

    Plaintiff,

v.                                Case No. 3:24cv325-LC-HTC

S. DAVIS, et al.,

    Defendant.
_____/

## ORDER

The magistrate judge issued an Amended Report and Recommendation on July 18, 2024, (ECF No. 5), recommending dismissal pursuant to 28 U.S.C. § 1915(g) and also as malicious and an abuse of the judicial process. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g) and also as malicious and an abuse of the judicial process.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of July, 2024.

s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**